herein appeals from an order of the District Court for the Western District of Missouri denying his petition for a writ of habeas corpus and other complaints with prejudice except as to complaints based upon the alleged Scott confession, the alleged suppression thereof, the alleged causing of the execution of Scott by California, and the alleged inadequate representation by court-appointed counsel in 1960. Judge Becker's opinion denying the petition with prejudice is published at 237 F.Supp. 665. On the basis of that opinion, this matter is in all things affirmed.

Dept. of Justice, Washington, D. C., Lavinia L. Redd, Asst. U. S. Atty., of counsel, for appellee.

Before JONES and BELL, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM:

The district court made findings of fact and conclusions of law which are the basis for its judgment from which this appeal was taken. Kindelan v. United States, S.D.Fla.1964, 233 F.Supp. 557. We find ourselves in agreement with the conclusions reached by the district court. See United States v. Howe, 9th Cir. 1965, 349 F.2d 483. The judgment of the district court is

Affirmed.

---

James W. KINDELAN and Mary Kindelan, Appellants,

v.

UNITED STATES of America, Appellee.

No. 21909.

United States Court of Appeals Fifth Circuit.

Oct. 18, 1965.

Rehearing Denied Nov. 4, 1965.

Thomas H. Anderson and Anderson & Nadeau, Miami, Fla., for appellants.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., William A. Meadows, Jr., U. S. Atty., Miami, Fla., Robert N. Anderson, Edward I. Heilbronner, Attys.,

---

Ivan C. McLEOD, Regional Director of the Second Region of the National Labor Relations Board, for and on Behalf of the NATIONAL LABOR RELATIONS BOARD, Petitioner-Appellee,

v.

AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, NEW YORK LOCAL, Respondent-Appellant.

No. 1, Docket 29108.

United States Court of Appeals Second Circuit.

Argued Sept. 20, 1965.

Decided Oct. 20, 1965.

---

Supp. 828, appeals dismissed, 9 Cir., 272 F.2d 228, certiorari denied, 362 U.S. 954, 80 S.Ct. 868, 4 L.Ed.2d 871, rehearing denied, 362 U.S. 992, 80 S.Ct. 1080, 4 L.Ed.2d 1024; Smith v. United States, D.C.S.D.Cal., Central Div., 1961, 216 F. Supp. 809; Smith v. Settle, 1961, 368 U.S. 807, 82 S.Ct. 118, 7 L.Ed.2d 68 (denial of motion for leave to file petition for habeas corpus); Smith v. Settle, 8 Cir., 1962, 302 F.2d 142; Smith v. United States, 1962, certiorari denied, 370 U.S. 925, 82 S.Ct. 1567, 8 L.Ed.2d 505; Smith v. Settle, 1962, certiorari denied, 370 U.S. 926, 82 S.Ct. 1567, 8 L.Ed.2d 505; Smith v. Settle, D.C.W.D. Mo., 1962, 211 F.Supp. 514; Smith v. Settle, D.C.W.D.Mo., 1962, 212 F.Supp. 622.

Edward Schlesinger, New York City (Mortimer Becker, New York City), for respondent-appellant.

Gary Green, Attorney, Washington, D. C. (National Labor Relations Board, Ivan C. McLeod, N. L. R. B. Regional Director, 2nd Region, Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Julius G. Serot, Asst. General Counsel, Frank H. Itkin, Washington, D. C., Attorney), for petitioner-appellee.

Before MOORE, SMITH and ANDERSON, Circuit Judges.

PER CURIAM.

The District Court has carefully analyzed the facts and the applicable law in a well-reasoned opinion, 234 F.Supp. 832. The order appealed from is affirmed on that opinion.

Stuart WECHSLER et al., Appellants,

v.

COUNTY OF GADSDEN, FLORIDA, Appellee.

No. 21835.

United States Court of Appeals
Fifth Circuit.

Oct. 18, 1965.

John Lowenthal, New York City, Earl Johnson, Jacksonville, Fla., Howard W. Dixon, Miami, Fla., Donal C. Collimore, Jr., Fairfield, Conn., Carl Rachlin, New York City, Melvin L. Wulf, New York City, John Due, Jr., Tallahassee, Fla., for appellants.

H. Y. Reynolds, Quincy, Fla., for appellee.

Before JONES and BELL, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM:

The order of the district court remanding this cause to the state court was entered prior to the decisions of this Court in Rachel v. State of Georgia, 5 Cir., 342 F.2d 336, reh. den. 343 F.2d 909, and Peacock v. City of Greenwood, 5 Cir., 347 F.2d 679. These decisions require that the order of the district court in this cause be vacated and the cause remanded so that such action may be taken as is appropriate in the light of the two cited cases.

Reversed and remanded.

In the Matter of Ernest PAUL and Emil Paul, Individually and Trading as Philadelphia China Company, Bankrupts,

William T. Gennetti, Trustee, Appellant.

No. 15257.

United States Court of Appeals
Third Circuit.

Argued Sept. 24, 1965.

Decided Oct. 22, 1965.

M. E. Maurer, Philadelphia, Pa. (Wexler, Mulder & Weisman and Herman N. Silver, Philadelphia, Pa., on the brief), for appellant.

Sidney Chait, Philadelphia, Pa. (Adelman & Lavine and David W. Niesenbaum, Philadelphia, Pa., on the brief), for appellee.